PICADIO SNEATH MILLER & NORTON, P.C.
ATTORNEYS AT LAW
4710 US STEEL TOWER
600 GRANT STREET
PITTSBURGH, PENNSYLVANIA 15219-2702
(412) 288-4000

FAX: (412) 288-2405

Writer's Direct Dial
412.288.4019
aszefi@psmn.com

August 22, 2005

Michael J. Koehler, Esquire
Nicholas, Perot, Smith, Koehler & Wall
2527 West 26th Street
Erie, PA 16506

      RE:    Ryan C. Ford, a Minor, by and through his Guardian, Gary Goodemote, and
             Robert Ford and Mae Ford, individually
             v. Icon Health & Fitness, Inc., and Sears, Roebuck & Company
             Erie County, Pennsylvania – No. 10125-05
             Date of Loss: 01/18/03
             Our File No. 2480-05633

Dear Mr. Koehler:

    I am writing to inquire as to the status of the responses to our discovery requests which were served in July. Please provide your response within the week so that a motion to compel can be avoided. I look forward to hearing from you.

                                           Very truly yours,

                                           Andrew F. Szefi

AFS/gar

cc:    Christina S. Nacopoulos, Esq.