IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN C. FORD, A Minor, by and through his Guardian, GARY GOODEMOTE and <br><br> ROBERT FORD and MAE FORD Individually <br><br> Plaintiffs <br><br> vs. <br><br> ICON HEALTH AND FITNESS, INC. <br><br> and <br><br> SEARS, ROEBUCK AND COMPANY, <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   No. 05-54Erie |

### NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION FOR PLAINTIFFS COUNSEL

AND NOW come the Plaintiffs, ROBERT FORD and MAE FORD by and through their attorney, Christina S. Nacopoulos, Esq., and hereby provide the Court with the following change of address and contact information for their attorney. Please note the following new contact information as follows:

Christina S. Nacopoulos
Attorney At Law
349 West 6th Street
Suite 1
Erie, PA 16507
Phone: (814) 454-4540
Facsimile: (814) 454-4560

Respectfully submitted,

_____
Christina S. Nacopoulos
Attorney for Plaintiffs
PA ID#  86841
349 West 6th Street
Suite 1
Erie, PA  16507
(814) 454-4540
fax (814)454-4560

## CERTIFICATE OF SERVICE

I, Christina S. Nacopoulos, Esq., hereby certify that true and correct copies of the foregoing **NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION FOR PLAINTIFF'S COUNSEL** has been served to the following counsel of record:

| | |
|---|---|
| Henry M. Sneath, Esquire | Michael J. Koehler, Esquire |
| Andrew F. Szefi, Esquire | Nicholas, Perot, Smith, Koehler & Wall |
| 4710 U.S. Steel Tower | 2527 West 26th Street |
| 600 Grant Street | Erie, PA 16506 |
| Pittsburgh, PA 15219 | Attorney for Plaintiff, Ryan Ford, by and |
| Attorney for Defendants | through his Guardian, Gary Goodemote |

via electronic filing on this 1st day of November 2005.

s/Christina S.Nacopoulos
Christina S. Nacopoulos
Attorney for Plaintiff