UNITED STATES DISCTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RYAN C. FORD, a minor, by and through his
Guardian, GARY GOODMOTE, et. al.,

Plaintiffs,

v.

ICON HEALTH & FITNESS, INC., et. al.,

Defendants.

Civil Action No.: 05-54 Erie

Judge Sean J. McLaughlin

**FILED ELECTRONICALLY**

## JOINT MOTION TO EXTEND DISCOVERY DEADLINES PURSUANT TO LOCAL RULE 16.1.2

Plaintiffs, Ryan C. Ford, a minor, by and through his Guardian, Gary Goodmote, et. al., and Robert Ford and Mae Ford and Defendants, Icon Health and Fitness, Inc. and Sears, Roebuck and Co., by and through their respective counsel, Michael J. Koehler, Esquire and Nicholas, Perot, Smith, Koehler & Wall for Plaintiff Ryan Ford and Christina S. Nacopoulos, Esquire for Plaintiffs Robert and Mae Ford, and Henry M. Sneath, Esquire and Picadio Sneath Miller & Norton, P.C. for Defendants, file this Joint Motion to Extend Discovery Deadlines Pursuant to LR 16.1.2, and in support thereof, state as follows:

1.   On June 14, 2005, this Honorable Court entered a Case Management Order setting forth deadlines for the completion of discovery (January 6, 2006), the submission of dispositive motions (January 6, 2006), and the submission of pretrial narratives (Plaintiffs' narrative due March 6, 2006 and Defendants' narratives due April 6, 2006).

2.   Defendants are in the process of finalizing their responses to Plaintiff Ryan Ford's written discovery, said responses to be served or before January 6, 2006.

3.   Thereafter, the parties will begin to schedule depositions.

4. The June 14, 2005 Case Management Order also required that any Motions for the extension of discovery propose an order extending all deadlines, not just discovery deadlines.

5. The current deadline for the close of discovery is insufficient for the parties to complete all discovery, and the parties jointly respectfully request that this Honorable Court enter the attached Order of Court extending the above deadlines as follows:

    (a)    The parties shall complete discovery, including expert discovery, on or before May 8, 2006.

    (b)    On or before May 30, 2006, any party may file a dispositive motion, and any response thereto shall be filed on or before June 30, 2006.

    (c)    Plaintiffs' pretrial narrative(s) shall be filed on or before July 31, 2006.

    (d)    Defendants' pretrial narrative(s) shall be filed on or before August 28, 2006.

WHEREFORE, Plaintiffs, Ryan C. Ford, a minor, by and through his Guardian, Gary Goodmote, et. al., and Plaintiffs, Robert Ford and Mae Ford, and Defendants, Icon Health and Fitness, Inc. and Sears, Roebuck and Co., respectfully request that this Honorable Court enter the attached Order of Court extending the deadlines as set forth above.

Respectfully submitted,

PICADIO SNEATH MILLER & NORTON, P.C.

By:   /s/ Henry M. Sneath
      HENRY M. SNEATH, ESQUIRE
      Pa. I.D. No.: 40559
      SHANNON M. CLOUGHERTY, ESQUIRE
      PA. I.D. No.: 88586
      600 Grant Street – Suite 4710
      Pittsburgh, PA 15219
      412-288-4000
      412-288-2405 (Fax)
      Counsel for Defendants

Joined in and consented to by:

/ s/ Christina S. Nocopoulos
Christina S. Nacopoulos
Attorney At Law
349 West 6th Street - Suite 1
Erie, PA  16507
Christina@attorneychristina.com
Counsel for Plaintiffs Robert and Mae Ford



/s/ Michael J. Koehler
Michael J. Koehler, Esquire
NICHOLAS, PEROT, SMITH, KOEHLER & WALL
2527 West 26th Street
Erie, PA  16506
attymjk@adelphia.net
Counsel for Plaintiff Ryan Ford

UNITED STATES DISCTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN C. FORD, a minor, by and through his Guardian, GARY GOODMOTE, et. al., | |
| Plaintiffs, | Civil Action No.: 05-54 Erie |
| v. | Judge Sean J. McLaughlin |
| ICON HEALTH & FITNESS, INC., et. al., | |
| Defendants. | |

### ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2006, it is hereby ORDERED, ADJUDGED and DECREED that this Honorable Court's June 15, 2005 Case Management Order is amended as follows:

    (a)    The parties shall complete discovery, including expert discovery, on or before May 8, 2006.

    (b)    On or before May 30, 2006, any party may file a dispositive motion, and any response thereto shall be filed on or before June 30, 2006.

    (c)    Plaintiffs' pretrial narrative(s) shall be filed on or before July 31, 2006.

    (d)    Defendants' pretrial narrative(s) shall be filed on or before August 28, 2006.

BY THE COURT:

_____J.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the within motion was electronically filed and is available for viewing and downloading from the ECF system which will send notification of such filing to the following and was caused to be served on the attorneys of record at the following addresses as indicated:

|  |  |
|---|---|
| _____ | Hand Delivery |
| _____ | First Class Mail, Postage Prepaid |
| _____ | Certified Mail, Return Receipt Requested |
| __X__ | Fax and/or Email Transmission |
|  | Overnight Mail |

at the following addresses and/or numbers:

Christina S. Nacopoulos
Attorney At Law
349 West 6th Street - Suite 1
Erie, PA 16507
Christina@attorneychristina.com

Michael J. Koehler, Esquire
NICHOLAS, PEROT, SMITH, KOEHLER & WALL
2527 West 26th Street
Erie, PA 16506
attymjk@adelphia.net

PICADIO SNEATH MILLER & NORTON, P.C.

By: /s/ Henry M. Sneath
HENRY M. SNEATH, ESQUIRE
SHANNON M. CLOUGHERTY, ESQUIRE
Attorney for Defendants

Date: ___01/04/06___