UNITED STATES DISCTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RYAN C. FORD, a minor, by and through his Guardian, GARY GOODMOTE, et. al.,

Plaintiffs,

v.

ICON HEALTH & FITNESS, INC., et. al.,

Defendants.

Civil Action No.: 05-54 Erie

Judge Sean J. McLaughlin

### ORDER OF COURT

AND NOW, to-wit, this 5th day of January, 2006, it is hereby ORDERED, ADJUDGED and DECREED that this Honorable Court's June 15, 2005 Case Management Order is amended as follows:

(a) The parties shall complete discovery, including expert discovery, on or before May 8, 2006.

(b) On or before May 30, 2006, any party may file a dispositive motion, and any response thereto shall be filed on or before June 30, 2006.

(c) Plaintiffs' pretrial narrative(s) shall be filed on or before ~~July 31, 2006~~. July 1, 2006

(d) Defendants' pretrial narrative(s) shall be filed on or before ~~August 28, 2006~~. August 1, 2006

BY THE COURT:

_____ J.