IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RYAN C. FORD, a Minor, by and through his
Guardian, GARY GOODEMOTE,
8723 West Ridge Road
Girard Township, PA 16417

No. 05-54 Erie

      And

Judge Sean McLaughlin

ROBERT FORD and MAE FORD,
Individually,
8723 West Ridge Road
Girard Township, PA 16417

Filed Electronically

      Plaintiffs,

  v.

ICON HEALTH AND FITNESS, INC.,
1550 South 100 West
Logan, UT 84110

      and

SEARS, ROEBUCK AND COMPANY,
3333 Beverly Road
Hoffman Estates, IL 60179

      Defendants.

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2006, it is hereby ORDERED, ADJUDGED and DECREED that the scheduling Order of January 5, 2006 is amended as follows:

1. Fact discovery shall close on or before July 31, 2006;

2. Dispositive Motions shall be filed on or before August 30, 2006;

3. Responses to Dispositive Motions shall be filed on or before September 14, 2006;

4. Plaintiffs' Pretrial Statements shall be filed on or before September 29, 2006; and

5. Defendants' Pretrial Statements shall be filed on or before October 16, 2006.

                                              BY THE COURT:

                                              _____,J.