Michael J. Koehler, Esquire
RE: Ryan Dodd
August 28, 2006
Page -3-

In summary, Ryan's mom was always very compliant in bringing Ryan to the office for well child exams. Although he did have an extended stay at birth in the neonatal intensive care unit, he did very well except for some mild delays that were noted early on, and actually he responded well to therapy. Throughout the course of his care in this office, he was involved in speech therapy through early intervention and at a year and a half of age a speech and language delay was noted. We saw Ryan for well exams as well as a few acute visits, but there is nothing with his care that was out of the ordinary. He did suffer the unfortunate accident in January 2003, and although his initial follow up in January noted no significant complaints, by April he was developing some nightmares and some memory loss so further referrals were made, but unfortunately I had no follow up with Ryan after that visit in April 2003.

I hope this information is helpful. If I may be of further assistance, please do not hesitate to call me.

Sincerely,

*Christine M Brown MD*

Christine M. Brown, M.D.

CMB/laa