**CHRISTINE M. BROWN, MD**
4662 Walten Woods Drive, Erie, PA 16541
814/899-3662 (H)    814/452-3685 (W)

**CURRENT POSITION:**
   Healthy Families Primary Care                                                 January 1, 1996 to Present
      Group practice of five (5) family physicians
        — Special Interest in Obstetrics, Women's Health and pediatrics

**PREVIOUS EMPLOYMENT**
   Sterling Square Associates                                             July 1, 1994 - December 31, 1995
      Hospital-owned, multi-specialty group practice

**MEDICAL STAFF APPOINTMENTS**
   Hamot Medical Center                                                        July 1, 1994 - Present
      Privileges in all aspects of Family Practice, including Obstetrics

**BOARD CERTIFICATION**
   American Academy of Family Practitioners                                 July 1994 - June 2001

**POST GRADUATE TRAINING**
   Family Practice Residency Program - Hamot Medical Center, Erie, PA       July 1, 1991 - June 30, 1994
      ACGME Program
      Accredited three-year residency program
   Chief Residency Year                                                           April 1993 - June 1994

**EDUCATION**
| | | | |
|---|---|---|---|
| Medical Training | Hahnemann University School of Medicine | | September 1987 – June 1991 |
| | Philadelphia, PA | | |
| | Degree — MD | | |
| Undergraduate | Gannon University | | September 1984 - June 1987 |
| | 7-year Gannon Hahnemann Medicine Program | | |
| | Erie, PA | | |
| | Degree — B.S. | | |

**RESEARCH/PUBLICATIONS**
   "Case Report on Methemoglobinemia"                                                July 1994
      *American Journal of Gastroenterology*
      Co-authors — Dr. Steven Levy and Dr. Philip Susser
   "The Role of Inflammation in the outpatient Treatment of Asthma"               May 1993
      Medical Grand Rounds
   "Pre-conceptual Counseling"                                               March 1994 - December 1996
      Lectures to couples who plan to conceive

**HONORS AND AWARDS**
   Resident Teaching Award — June 1, 1994
   Chief Residency — 1993-1994
   Letter of Commendation:    Infectious Disease Clinical Rotation — 1991
                                    Psychiatry Clinical Rotation — 1990
                                    Clinical Medicine — 1989
   Delaney Scholarship Recipient — 1988, 1989, 1990
   E & E Moore Academic Scholarship Recipient — 1990
   Gannon:    Academic Scholarship Recipient — 1984, 1985, 1986, 1987
                Dean's List — all semesters — 1984, 1985, 1986, 1987
                Magna Cum Laude Graduate — June 1987

**PROFESSIONAL SOCIETIES**
   American Academy of Family Physicians
   Pennsylvania Medical Society
   American Medical Association

Christine M. Brown, M.D.