As you can see from the enclosed office notes, and after reviewing the notes from Dr. Gaines Dr. Wilson, I have limited involvement in Ryan's care. It is my opinion, based on the limited interactions I've had with him, that he appears to be functioning normally. I must add though that I have very limited access to any reports from Psychiatrists and/or Psychologists involved Ryan's ongoing care through his school.

I hope that this information has been useful. If you have any questions please feel free to call me.

Sincerely,

Mitchell Humphrey, DO