**HOWARD P. MEDOFF, Ph.D., P.E.**
Biomechanical Engineer/Mechanical Engineer

**PERSONAL DATA**

Year of Birth:     1946

<u>Associate Professor of Engineering</u>:  Penn State University (Tenured).
  Courses taught include:   Biomechanics, Failure Analysis, Statics,
                  Dynamics, Strength of Materials, Engineering
                  Design

**ACADEMIC BACKGROUND**

Ph.D. - Mechanical Engineering, University of Vermont.
Post Master's Program - Biomedical Engineering, Drexel University.
Post Master's Program - Materials Engineering, Drexel University.
M.S. - Engineering, Widener College.
B.S. - Mechanical Engineering, City College of New York.

**PROFESSIONAL AFFILIATIONS**

American Society for Engineering Education
American Society of Mechanical Engineers
American Society for Testing and Materials (ASTM)
American Society of Metals
ASTM Committee F13 Safety and Traction for Footwear

**SPECIALIZED ENGINEERING EXPERTISE**

Automobile Accident Reconstruction (including low-speed accidents)
Transportation Equipment (trucks, buses, material handling equipment . . .)
Motorcycle Accident Reconstruction
Vehicle Dynamics
Biomechanics
Occupant Kinematics
Human Factors
Product Design
Product Testing
Product Safety
Mechanical Equipment
Static and Dynamic Structures

Howard P. Medoff, Ph.D., P.E.                                              Page 2
    Materials Engineering
    Construction Site Safety and Accidents
    Playground and Recreational Safety
    Playground and Athletic Equipment
    ANSI, ASTM, CPSC, OSHA, NFPA
      and related Codes and Standards

**PRACTICAL EXPERIENCE**

    Forensic Engineer (Accident Reconstruction involving vehicles, industrial equipment and pedestrians)
    Biomechanical Forensic Engineer (involving the biomechanics and mechanics of human injury, and the factors of injury)
    Test Engineer (application of scientific method and good engineering practice to consumer and industrial products)
    Stress Engineer (including the analysis of materials and structures as they respond to static and/or dynamic forces)
    Product Development Consultant (including athletic shoe products)
    Lecturer/Author (multiple peer reviewed publications, presentations and research projects)

**Forensic Engineering:**

For the past 20+ years, I have conducted forensic investigation and analysis of accident reconstruction involving pedestrians, passenger and transport vehicles and industrial equipment applying Newton's Laws of Motion (laws of mechanics) in accordance with nationally recognized (e.g., ASTM) standards outlining acceptable scientific methodology. In addition, I have analyzed the injury potential of human body parts in automobile accidents including low delta-v impacts, as well as the biomechanics and mechanics of human injury in slip and fall and other possible trauma-inducing events. I have also designed equipment to measure applied forces to the musculoskeletal system, and analyzed these forces in order to determine the resulting stresses to human body components. I have applied the principles of impulse and momentum, and kinetic energy of collisions to accident reconstruction; and considered the effect(s) on the musculoskeletal system of forces/energy during automobile impacts as well as other events involving force(s) application to the human body. In addition, I have performed human factors analysis of automobile and non-vehicle incident reconstruction including operator reaction and response time to proprioceptive visual and other stimuli. Safety engineering and design including hazard communication systems (e.g., product warnings) are

Howard P. Medoff, Ph.D., P.E.                                          Page 3

evaluated to provide meaningful data and information for the most logical explanation for incident causation, injury or lack of injury and responsibility.

**Biomechanics:**

I have studied the biomechanics of the musculoskeletal system for over 20 years, including the application of biomechanical principles to the injury potential of various areas of the human body during a variety of possible injury producing events including automobile accidents.   I have taught biomechanics, as well as other engineering courses (e.g., Statics, Dynamics, Failure Analysis, Strength of Materials, Engineering Design . . .) relevant to forensic biomechanical and mechanical accident reconstruction.

**COMMITTEE MEMBERSHIPS**

ASTM F-13 Footwear and Traction
ASTM F-13 Sub-Committee 13.40 Biomechanics (Vice-Chair)
ASTM F-27 (Skiing Equipment)
ASTM F-27 Sub-Committee (Alpine Ski Boots)

**REFERENCES**

Provided upon request.