# Primary Care Partners
*Family Medicine & Pediatrics*

735 West Ridge Road • Erie, PA 16415 • (814) 877-2960 • Fax: (814) 474-3561

Mitchell S. Humphrey, DO
Michael A. Spellacy, DO
Brian J.N. Stark, DO

August 11, 2006

Michael Koehler, Esq
Nicholas, Perot, Smith, Koehler & Wall
2527 West 26th Street
Erie, PA 16506

> Re: Ryan Ford
> SS# 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
> DOB: 02-11-97
> DOI: 01-18-03

Dear Attorney Koehler:

This letter is in response to your request for a short, written narrative report regarding the treatment of Ryan Ford and any lingering effects he may have physically or emotionally as a result of his injury. Ryan's injury took place on January 18, 2003. I have reviewed a report from Dr. Barbara Gaines who is with the Pittsburgh Children's Hospital and her accounts of what took place on January 18th and her care of Ryan afterwards. My professional relationship with Ryan began on July 28, 2003 when he presented to our office for a general medical examination. At that first visit there was no mention of any traumatic injury or hypoxic brain injury. It was brought to my attention by his mother on August 6, 2004 that he may be having simple seizures and that she was concerned that it may be a lingering effect of the injury. At that point I referred patient to Neurology here at Hamot where patient was seen by Dr. Laura Hershkowitz. I have enclosed those records as well. The only other time this issue has come up was more recently in April, 2006 when the mother came into the office requesting a second opinion from a Child Neuropsychologist in Pittsburgh by the name of Dr. Painter.

I have had discussions with the mother regarding Ryan. She does tell me that he is in an individualized educational program at the school and seems to be doing fairly well. I know at one time he had a diagnosis of ADHD but is on no medications for that condition. I also reviewed a note from Dr. Wilson dated September 16, 2003 in which he notes that Ryan had a diagnosis of mild mental retardation before the injury and his final diagnoses include attention deficits due to hypoxic brain injury, mild mental retardation. This is the last correspondence I have seen from Dr. Wilson.



**Hamot**

As you can see from the enclosed office notes, and after reviewing the notes from Dr. Gaines and Dr. Wilson, I have limited involvement in Ryan's care. It is my opinion, based on the limited interactions I've had with him, that he appears to be functioning normally. I must add though that I have very limited access to any reports from Psychiatrists and/or Psychologists involved in Ryan's ongoing care through his school.

I hope that this information has been useful. If you have any questions please feel free to call me.

Sincerely,

Mitchell Humphrey, DO