Dr. Celeste Seibold

## SUMMARY PROGRESS NOTES:

RE: Ford, Mae      ID#: _____

DATE: 2-16-03

**EXHIBIT A**

**S** Tragic accident in family had a + ending but

**O** has left the family greatly vulnerable

**A**

**PLAN:** see Mae ind
have Michelle see 2 oldest
Boys who witnessed accident

**MEDICATION REVIEW:**

**NEXT SCHEDULED APPOINTMENT:** Feb 20 - for Mae
Feb 27 for Boys / with Michelle

**PROVIDER'S SIGNATURE:** Celeste Seibold [?]

ds. auth in process

## SUMMARY PROGRESS NOTES:

RE: _____ ID# _____

DATE: _____

S  *Called to [illegible]*

O  *[illegible] cannot change*

A


PLAN:


MEDICATION REVIEW:


NEXT SCHEDULED APPOINTMENT: _[illegible]_

PROVIDER'S SIGNATURE: _[signature]_

19

## SUMMARY PROGRESS NOTES:

RE: Rod Mae     ID#: _____

DATE: 2-21-03

S   Called for late appointment MW

O

A

PLAN:

MEDICATION REVIEW:

NEXT SCHEDULED APPOINTMENT: _____

PROVIDER'S SIGNATURE: _____

20

## SUMMARY PROGRESS NOTES:

RE: Ind, Mae   ID# _____

DATE: 4-28-03

S· Ryan ~~strong~~ recovering well from accident, nightmares lessened

O  other work under way

A

PLAN:

MEDICATION REVIEW:

NEXT SCHEDULED APPOINTMENT: May 19

PROVIDER'S SIGNATURE: _____

21

**SUMMARY PROGRESS NOTES:**

RE: Ford, Mae             ID# _____

DATE: 5-19-03

S: Able to meet w/o children

O: role playing the incidents of accident with (+) results

A:

PLAN:

℘

**MEDICATION REVIEW:**

NEXT SCHEDULED APPOINTMENT: June 4

PROVIDER'S SIGNATURE: _____

**SUMMARY PROGRESS NOTES:**

RE: Fred Mac          ID#

DATE: 6-16-03

S: MAP

O

A

PLAN:

MEDICATION REVIEW:

NEXT SCHEDULED APPOINTMENT:

PROVIDER'S SIGNATURE: _____

23