IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RYAN C. FORD, a Minor, by and through his
Guardian, GARY GOODEMOTE,
8723 West Ridge Road
Girard Township, PA 16417                          No. 05-54 Erie

     and

ROBERT FORD and MAE FORD,
Individually,
8723 West Ridge Road
Girard Township, PA 16417

        Plaintiffs,

   v.

ICON HEALTH AND FITNESS, INC.,
1550 South 100 West
Logan, UT 84110

     and

SEARS, ROEBUCK AND COMPANY,
3333 Beverly Road
Hoffman Estates, IL 60179

        Defendants.

## DEFENDANTS' PRETRIAL STATEMENT

Defendants, Icon Health & Fitness, Inc. ("Icon"), and Sears, Roebuck and

Company ("Sears"), pursuant to the Federal Rules of Civil Procedure, Local Rule of

Civil Procedure 16.1.4, and the Order of Court issued in this matter on May 5, 2006,

files this Pretrial Statement, and in support thereof states as follows:

**I.**    <u>**Brief Statement of Material Facts to be Offered at Trial**</u>

On or around January 11, 2005, Plaintiffs Ryan C. Ford ("Ryan"), a minor, through his Guardian, Gary Goodmote, and Ryan's parents Robert and Mae Ford ("Mr. and Mrs. Ford") filed their Civil Complaint ("Complaint") against Defendants Icon and Sears. Plaintiffs' Complaint alleges causes of action against each Defendant for Negligence, Strict Liability, Breach of Warranty and Negligent Infliction of Emotional Distress. The averments of the foregoing counts arise out of an alleged January 18, 2003 incident involving Ryan and a piece of exercise equipment known as the Pro-Form R 930 Space Saver Rider (the "Rider") manufactured by Icon and sold by Sears to Mr. and Mrs. Ford. Specifically, the Complaint pleads that on January 18, 2003, the Rider allegedly "closed and locked" on Ryan while he was sitting on it. *Complaint*, ¶¶ 7-8. Paragraph 9 of the Complaint alleges that Ryan suffered "severe, serious and permanent injuries and permanent impairment of bodily functions." *Complaint*, ¶ 9.

However, neither the medical records nor the testimony adduced in this case supports Plaintiffs' claims for damages, either in severity or duration. Furthermore, there is record evidence which shows that certain of Ryan's claimed injuries pre-existed the date of the alleged incident. Additionally, there is conflicting evidence as to what exactly occurred on January 18, 2003, and a dispute exists as to whether the Rider was involved at all.

Icon and Sears will also introduce evidence of Mr. and Mrs. Ford's liability in this matter, as the Rider was equipped with a label which warned that children should ***never*** be permitted to play on or around the Rider. The Rider's User's Manual likewise contained the following warning: "Keep small children and pets away from the R-930 at

all times." Finally, on or around July 14, 1997, Icon, in cooperation with the Consumer Products Safety Commission (the "CPSC"), issued a recall notice with respect to the Rider. The recall notice set forth a toll-free number for consumers to call for information concerning the recall, such as the cause of the recall, and how to obtain a free repair kit to remedy the mechanism of the recall. In this regard, Icon and Sears will prove that the Rider on which Ryan was allegedly injured at one time was equipped with the safety mechanism, but that it, along with the aforementioned caution decal, had been removed subsequent to the Rider's purchase. Therefore, Icon and Sears deny the allegations of liability and damages against them.

## II.    Statement of All Damages Claimed, Including the Amount and Calculation of All Economic Damages

Plaintiffs allege that Ryan sustained the following damages:

   a.    anoxic encephalopathy;
   b.    traumatic asphyxia;
   c.    chest wall compression;
   d.    unconsciousness;
   e.    cyanotic episode;
   f.    upper chest contusion;
   g.    hypoxic/ischemic brain injury;
   h.    post-concussive syndrome;
   i.    stridor;
   j.    mild mental retardation;
   k.    aggravation of attention deficit hyperactivity disorder;
   l.    fatigue;
   m.    nightmares;
   n.    emotional problems of tantrum and aggression;
   o.    learning difficulties, including speech articulation;
   p.    anxiety;
   q.    pavor nocturnus (night tremors)
   r.    post-traumatic stress disorder;
   s.    cognitive difficulties;
   t.    variable/intermittent ptosis of eyelids; and
   u.    shock to nerves and nervous system.

Plaintiffs allege that Ryan's damages are in excess of $30,000.00.

Mr. and Mrs. Ford allege that each sustained the following "emotional distress" damages: headaches, hysterical attacks, insomnia, severe depression, nightmares, stress, nervousness and anxiety. Mr. and Mrs. Ford each allege damages in excess of $30,000.00.

Defendants have counterclaimed in this action, alleging that either Plaintiff Robert Ford, Plaintiff Mae Ford, or both, were present at or near the scene of the incident which allegedly took place on January 18, 2003, and that they had a duty to supervise Ryan C. Ford, and were negligent in not supervising Ryan C. Ford. Alternatively, Defendants have alleged that should Plaintiff Ryan C. Ford prove that he sustained injury and/or damages as alleged in Plaintiffs' Complaint, then Plaintiffs Robert Ford and Mae Ford are directly liable to the Minor Plaintiff, Ryan C. Ford, for any such injury and damage and/or are liable over to these Defendants for indemnity and/or contribution to be determined at this matter's trial.

## III.    Name, Address and Telephone Number of Each Witness

a.    Witnesses which Defendants expect to present:

Liability:

      1.    Gary Goodemote
          3602 Scarboro Road
          Erie, PA 16506

      2.    Robert Ford
          8723 West Ridge Road
          Erie, PA  16417

      3.    Ryan C. Ford
          8723 West Ridge Road
          Erie, PA  16417

      4.    Mae Ford
          8723 West Ridge Road
          Erie, PA  16417

      5.    Dr. Howard P. Medoff, Ph.D., P.E.
          1600 Woodland Road
          Abington, PA  19001

Liability – Experts:

      6.    Laurel Jensen
          c/o Icon Health and Fitness, Inc.

1500 S. 1000 W.
Logan, UT  84321
Mr. Jensen's curriculum vitae and report are attached.

Liability – Other:

    7.    Any persons identified as witnesses (liability and/or damages) by Plaintiffs in Plaintiffs' Pretrial Statements and/or which Plaintiffs call at the time of trial.

Damages:

    1.    Gary Goodemote
        3602 Scarboro Road
        Erie, PA 16506

    2.    Robert Ford
        8723 West Ridge Road
        Erie, PA  16417

    3.    Ryan C. Ford
        8723 West Ridge Road
        Erie, PA  16417

    4.    Mae Ford
        8723 West Ridge Road
        Erie, PA  16417

    5.    Mary Kay Borkowski
        c/o Girard School District
        1100 Rice Avenue,
        Girard PA  16417

    6.    Barbara Gaines, M.D.
        3705 Fifth Avenue
        Pittsburgh, PA  15214

    7.    Medical Records Custodian of
        Barbara Gaines, M.D.
        3705 Fifth Avenue
        Pittsburgh, PA  15214

    8.    Robert E. Wilson, M.D., Ph.D.
        1910 Sassafras Street
        Erie, PA  16502

9.      Medical Records Custodian of
        Robert E. Wilson, M.D., Ph.D.
        1910 Sassafras Street
        Erie, PA  16502

10.     Christine Brown, M.D.
        1700 Peach Street
        Suite 200
        Erie, PA  16501

11.     Medical Records Custodian of
        Christine Brown, M.D.
        1700 Peach Street
        Suite 200
        Erie, PA  16501

12.     Mitchell Humphrey, M.D.
        7287 Main Street
        Fairview, PA  16415

13.     Medical Records Custodian of
        Mitchell Humphrey, M.D.
        7287 Main Street
        Fairview, PA  16415

14.     Peter M. Intrieri, M.D.
        c/o Hamot Medical Center
        201 State Street
        Erie, PA  16550

15.     Medical Records Custodian of
        Peter M. Intrieri, M.D.
        c/o Hamot Medical Center
        201 State Street
        Erie, PA  16550

16.     Representative from
        Hamot Medical Center
        201 State Street
        Erie, PA  16550

17.     Medical Records Custodian of
        Representative from Hamot Medical Center
        201 State Street
        Erie, PA  16550

18.     Representative from
        Children's Hospital of Pittsburgh
        3705 Fifth Avenue
        Pittsburgh, PA  15213

19.     Medical Records Custodian of
        Representative from
        Children's Hospital of Pittsburgh
        3705 Fifth Avenue
        Pittsburgh, PA  15213

20.     Representative from
        Shriner's Hospital
        1645 West 8th Street
        Erie, PA  16505

21.     Medical Records Custodian of
        Representative from
        Shriner's Hospital
        1645 West 8th Street
        Erie, PA  16505

22.     Representative from
        Gertrude A. Barber Center
        100 Barber Place
        Erie, PA  16507

23.     Records Custodian of
        Representative from
        Gertrude A. Barber Center
        100 Barber Place
        Erie, PA  16507

24.     Representative from
        Achievement Center
        101 East Sixth Street
        Erie, PA  16507

25.     Records Custodian of
        Representative from
        Achievement Center
        101 East Sixth Street
        Erie, PA  16507

26.     Representative from
        Community Integration, Inc.
        1330 West 26th Street
        Erie, PA  16508

27.     Records Custodian of
        Representative from
        Community Integration, Inc.
        1330 West 26th Street
        Erie, PA  16508

28.     Representative from
        Northwest Tri-County Intermediate Unit #5
        252 Waterford Street
        Edinboro, PA  16412

29.     Records Custodian of
        Representative from
        Northwest Tri-County Intermediate Unit #5
        252 Waterford Street
        Edinboro, PA  16412

30.     Representative from
        Elk Valley Elementary School
        2556 Maple Avenue
        Lake City, PA  16423

31.     Records Custodian of
        Representative from
        Elk Valley Elementary School
        2556 Maple Avenue
        Lake City, PA  16423

32.     Representative from
        Girard School District
        1100 Rice Avenue
        Girard, PA  16417

33.     Records Custodian of
        Representative from
        Girard School District
        1100 Rice Avenue
        Girard, PA  16417

34. Representative from
    Pediatric Ophthalmology of Erie
    2201 West 38th Street
    Erie, PA  16506

35. Medical Records Custodian of
    Representative from
    Pediatric Ophthalmology of Erie
    2201 West 38th Street
    Erie, PA  16506

36. Representative from
    Northshore Clinical Associates
    120 East Second Street
    Erie, PA  16507

37. Medical Records Custodian of
    Representative from
    Northshore Clinical Associates
    120 East Second Street
    Erie, PA  16507

38. Representative from
    West County Paramedics
    6852 Meadville Road
    Girard, PA  16417

39. Medical Records Custodian of
    Representative from
    West County Paramedics
    6852 Meadville Road
    Girard, PA  16417

40. Celeste Siebold, MA Psychologist
    1369 West 6th Street
    Erie, PA  16505

41. Medical Records Custodian of
    Celeste Siebold, MA Psychologist
    1369 West 6th Street
    Erie, PA  16505

Damages – Experts:

    42.    Upon the Court's granting of Defendants' Motion for Leave to Conduct an Independent Medical Examination of Ryan C. Ford, Defendants will present the testimony of its medical expert who will conduct an independent medical examination of Ryan C. Ford.

Damages – Other:

    43.    Any persons identified as witnesses (liability and/or damages) by Plaintiffs in Plaintiffs' Pretrial Statements and/or which Plaintiffs call at the time of trial.

b.    Witness which Icon may call if the need arises:

None at this time.  Defendants reserve right to supplement this Pretrial Statement up to and including the time of trial in accordance with the Federal Rules of Civil Procedure and the local rules and/or practices and procedures of this Court.

**IV.**    **Name of Each Witness Whose Testimony is Expected to be Presented by Means of Deposition**

At this time, Defendants are not planning on presenting any testimony by deposition, aside from that introduced by Plaintiffs.  Defendants reserve the right to supplement this Pretrial Statement up to and including the time of trial in accordance with the Federal Rules of Civil Procedure and the local rules and/or practices and procedures of this Court.

**V.**    **Exhibits**

a.    Those which Defendants expect to offer:

| EXHIBIT | DATE | BATES NO. | DESCRIPTION |
|---------|------|-----------|-------------|
| D1 | | | The Rider |
| D2 | | | Photographs of the Rider |
| D3 | NO DATE | ICON 00138-00149 | User's Manual for Equipment |
| | | | |

| EXHIBIT | DATE | BATES NO. | DESCRIPTION |
|---------|------|-----------|-------------|
| D4 | NO DATE | ICON 00120-00121 | Important Assembly Update |
| D5 | 07/30/96 | ICON 0034 | Caution Decal Memo |
| D6 | 02/11/97 | RYAN 00362 | Hamot Medical Center - Birth Record of Ryan Ford |
| D7 | 02/20/97 | RYAN 00365-00367 | Hamot Medical Center - Neonatal Neurological Evaluation |
| D8 | 02/20/97 | RYAN 00379-00381 | Hamot Medical Center - Discharge Summary |
| D9 | 07/14/97 | ICON 150 | Recall Notice |
| D10 | 07/17/97 | ICON 00108-110 | Newspaper articles regarding Recall |
| D11 | Oct. 1997 | RYAN 00553-00554 | Erie County Early Intervention Service Coordination Family Profile |
| D12 | 11/23/99 | IEP 00049-00053 | Individualized Education Program Comprehensive Evaluation Report (CER) |
| D13 | 01/25/00 | RYAN 00609-611 | Achievement Center - Early Intervention Progress Summary |
| D14 | 12/05/00 | IEP 00034-00038 | Individualized Education Program Comprehensive Evaluation Report (CER) |
| D15 | 6/5/01 | IEP 00023-35 | Individualized Education Program – Review |
| D16 | 08/23/01 | MAE 0001-0002 | Mae Ford Psychological Records |

| EXHIBIT | DATE | BATES NO. | DESCRIPTION |
|---------|------|-----------|-------------|
| D17 | 12/04/01 | IEP 00015-21 | Individualized Education Program Re-evaluation of Ryan Ford. |
| D18 | 2002-2003 | RYAN 00210 | First Quarter Report Card for Kindergarten |
| D19 | 2002-2004 | RYAN 00204 | Attendance records |
| D20 | 2002-2004 | ELK SCH 0103 | Vision Screening record |
| D21 | 04/16/02 | ELK SCH 0118 | Elk Valley Elementary School Questionnaire. |
| D22 | 04/24/02 | ELK SCH 0085 – 87 | Elk Valley Elementary School Evaluation Report |
| D23 | 5/9/02 | ELK SCH 0083-84 | Individualized Education Program - Notice of Recommended Educational Placement |
| D24 | 5/9/02 | RYAN 00205 | Girard School District Progress Report for Kindergarten |
| D25 | 06/10/02 | IEP 00002 | Individualized Education Program |
| D26 | 08/02-01/03 | ELK SCH 0102 | Progress notes |
| D27 | 11/22/02 | ELK SCH 0072-80 | Individualized Education Program evaluation |
| D28 | 11/22/02 | ELK SCH 0055-56 | Individualized Education Program - Notice of Recommended Educational Placement |
| D29 | 2003-2004 | ELK SCH 0099 | Ryan's attendance record for the 2003-2004 school year |
| D30 | 2003-2004 | ELK SCH | Ryan's Kindergarten Check List/Report |

| EXHIBIT | DATE | BATES NO. | DESCRIPTION |
|---------|------|-----------|-------------|
| | | 0093 | Card |
| D31 | 01/20/03 | RYAN 00088-00090 | Children's Hospital of Pittsburgh Pediatric Critical Care Medicine & Patient Progress Note |
| D32 | 01/21/03 | ELK SCH 0106 | Elk Valley Elementary School:  Email correspondence from "b. horn" to a variety of individuals |
| D33 | 01/21/03 | RYAN 00195 - 201 | Children's Hospital of Pittsburgh In-Patient Discharge Summary |
| D34 | 01/24/03 | RYAN 00065 | Healthy Families Primary Care Progress Note |
| D35 | 02/07/03 | RYAN 00087 | Children's Hospital of Pittsburgh Pediatric Surgery Evaluation |
| D36 | 02/10/03 | MAE 0018 - 0020 | Mae Ford Psychological Records |
| D37 | 2/11/03 | ELK SCH 0052-53 | Individualized Education Program - Notice of Recommended Educational Placement |
| D38 | 03/03/03 | RYAN 00067 | Healthy Families Primary Care Progress Note |
| D39 | 04/28/03 | MAE 0021 | Mae Ford Psychological Records |
| D40 | 5/20/03 | ELK SCH 0059-71 | Individualized Education Program – Review |
| D41 | 05/28/03 | SHRIN HOSP 00003 - 4 | Shriner's Hospital for Crippled History and Physical evaluation |
| D42 | 07/08/03 | RYAN 00059 | Pediatric Ophthalmology of Erie |

| EXHIBIT | DATE | BATES NO. | DESCRIPTION |
|---------|------|-----------|-------------|
| D43 | 8/6/03 | RYAN 00271-272 | Individualized Education Program - Notice of Recommended Educational Placement |
| D44 | 09/10/03 | BARBER 0002-0008 | Erie County Wrap Around (Gertrude A. Barber Clinic) |
| D45 | 09/16/03 | COM INT 0006-0007 | Community Integration, Inc. (Initial Psychiatric Evaluation) |
| D46 | 2004-2005 | ELK SCH 0092 – 93 | Ryan's first grade report card |
| D47 | 2004-2005 | ELK SCH 0098 | Ryan's Attendance Summary for 1st Grade |
| D48 | 10/6/04 | ELK SCH 0021-25 | Individualized Education Program - Notice of Recommended Educational Placement |
| D49 | 10/19/04 | RYAN 00542-00544 | Northshore Clinical Associates, LLC letter to Dr. Humphrey |
| D50 | 02/24/05 | RYAN 00535 | Pediatric Ophthalmology of Erie |
| D51 | 07/11/05 | RYAN 00515 – 525 | Hamot Medical Center - Emergency Room History & Physical |
| D52 | 10/6/05 | ELK SCH 0003-12 | Individualized Education Program - Review |
| D53 | | | Deposition Transcript of Gary Goodemote, Ryan Ford's Guardian |
| D54 | | | Deposition Transcript of Mae Ford |
| D55 | | | Deposition Transcript of Robert Ford |

| EXHIBIT | DATE | BATES NO. | DESCRIPTION |
|---------|------|-----------|-------------|
| D56 | | | Deposition Transcript of Laurel Jensen |
| D57 | | | Deposition Transcript of Mary Kay Borkowski |
| | | | Any other deposition testimony as the record develops (Plaintiff Ryan Ford's Pretrial Statement states that Plaintiff is planning on taking the videotaped deposition of various individuals to be used at trial). *Plaintiff Ryan Ford's Pretrial Statement,* 4. |
| | | | Any and all exhibits which Plaintiffs identified in their respective Pretrial Statements and which Plaintiffs introduce at the time of trial. |
| | | | Any other records which are produced by Plaintiff Mae Ford as the record develops (*see* Plaintiff Mae Ford's Pretrial Statement at paragraph 5). |
| | | | Any and all pleadings filed of record |
| | | | Any and all written discovery requests and/or responses |

At this time, there is no disagreement or agreement as to the authenticity and admissibility of the foregoing exhibits. Defendants reserve the right to supplement this Pretrial Statement up to and including the time of trial in accordance with the Federal Rules of Civil Procedure and local rules and/or practices and procedures of this Court.

b.     Those which Defendants may offer if the need arises:

None at this time. Defendants reserve the right to supplement this Pretrial Statement up to and including the time of trial in accordance with the Federal

Rules of Civil Procedure and the local rules and/or practices and procedures of this Court.

**VI.      Legal Issues**

Plaintiffs have raised claims of negligence, strict liability, breach of warranty and intentional infliction of emotional distress.  Defendants have counterclaimed for negligent supervision.

**VII.     Expert Disclosures**

a.      Liability:

Laurel Jensen
c/o Icon Health and Fitness, Inc.
1500 S. 1000 W.
Logan, UT  84321
(Please see attached Report and CV)

b.      Damages:

Icon is seeking to conduct an IME of Ryan Ford and Icon will supplement this Pretrial Statement accordingly.

**VIII.    Reports containing findings or conclusions of who have treated, examined, or have been consulted in connection with the injuries complained of, and whom a party expects to call as a witness at the trial of this case**

Please see above.

**IX.** **Amendment**

Icon reserves the right to supplement this Pretrial Statement in accordance with the Federal Rules of Civil Procedure, the local rules of this Court and/or as new evidence is discovered in this case.

Respectfully submitted,

PICADIO SNEATH MILLER & NORTON

/s/ *Henry S. Sneath*

Henry M. Sneath, Esquire
Pa. I.D. No. 40559
Shannon M. Clougherty
Pa. I.D. No. 88586
4710 USX Tower, 600 Grant Street
Pittsburgh, PA  15219-2702
Phone: (412) 288-4000
Counsel for Defendant
Icon Health & Fitness, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Defendant's Pretrial Statement has been served upon all parties either individually or through counsel by:

_____          Hand-Delivery

_____          Facsimile

_____          First Class, US Mail, Postage Prepaid

_____          Certified Mail-Return Receipt Requested

_____X\_\_\_\_\_          CM/ECF Notice of Filing

at the following addresses:

Michael J. Koehler, Esquire
Nicholas, Perot, Smith, Koehler & Wall
2527 West 26th Street
Erie, PA 16506
(Co-Counsel for Plaintiff)

Christina S. Nacopoulos, Esquire
1001 State Street
Suite 1400
Erie, PA 16501
(Co-Counsel for Plaintiff)


/s/ *Henry S. Sneath*
Henry M. Sneath, Esquire
Shannon M. Clougherty, Esquire
Counsel for Defendants

Date: September 14, 2006