**Laurel H. Jensen**
**1500 S. 1000 West**
**Logan, Utah 84321**
**Telephone  (435) 750-5318**
E-mail: **ljensen@iconfitness.com**

**EDUCATION:**     **Utah State University,** Bachelor of Science, Industrial Technology-Welding, 1984.

**PROFESSIONAL**  **ICON Health & Fitness, Inc.,** 1996 to Present
**EXPERIENCE:**   Director of Product Safety and Testing, October 1996 to Present;
Procurement Quality Engineer, August 1996 to October 1996

Manage the Product Safety and Testing Department and Engineers. Develop test protocol and internal requirements. Evaluate test results, approve, and certify products and components to ensure compliance with all applicable internal, industry, and governmental standards.

**Precision Tool Company,**  1994 to 1996
Management Team Member, Sales engineering.

Responsible for sales, estimating, project planning, organization, engineering design/drawings on AutoCAD 12, and growth in the Machine and Fabrication Division.

**Ezra C. Lundahl, Inc.,**  1982 to 1993
Vice President of Lundahl Research, Inc., Director of Engineering.
President Lundahl Farm Equipment.
Board of Directors, 1988 to 1993.

Responsible for development, design, and patenting of farm equipment. Developed business structure, controlled design and fabrication of equipment and production processes. Developed programs for testing, documenting, planning and execution of research projects in California, Kansas, Utah, Idaho, Canada, and Europe. Conducted seminars, convention booth operation and demonstrations, training programs, development of owner-operator and service manuals and training videos.

**Vice President of Lundahl Instruments,** a division of Ezra C. Lundahl, Inc., 1987 to 1991

Developed initial designs of instruments in the ultrasonic field. Set up business organization, representative sales force and quality control. Supervised and installed pump level and process control systems using feed back motor controls. Developed drawings and installation instructions for sensor systems in obstacle avoidance, liquid level control, industrial chemical and product control applications. Conducted training seminars and demonstrations in the United States and Europe.