IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RYAN C. FORD, a Minor, by and through his
Guardian, GARY GOODEMOTE,
8723 West Ridge Road
Girard Township, PA 16417

No. 05-54 Erie

And

Judge Sean McLaughlin

ROBERT FORD and MAE FORD,
Individually,
8723 West Ridge Road
Girard Township, PA 16417

Filed Electronically

       Plaintiffs,

v.

ICON HEALTH AND FITNESS, INC.,
1550 South 100 West
Logan, UT 84110

and

SEARS, ROEBUCK AND COMPANY,
3333 Beverly Road
Hoffman Estates, IL 60179

       Defendants.

## ORDER OF COURT

AND NOW, this _____ day of _____, 2006, it is hereby ORDERED, ADJUDGED and DECREED that Defendants, Icon Health and Fitness, Inc. and Sears, Roebuck and Company are granted leave to conduct independent medical examinations on minor-Plaintiff Ryan C. Ford and are also granted leave to conduct a deposition of Plaintiff Ryan C. Ford's liability expert, Dr. Howard P. Medoff.

                                            BY THE COURT:

                                            _____,J.