IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RYAN C. FORD, a Minor, by and through his
Guardian, GARY GOODEMOTE,
8723 West Ridge Road
Girard Township, PA 16417

       And

ROBERT FORD and MAE FORD,
Individually,
8723 West Ridge Road
Girard Township, PA 16417

              Plaintiffs,

    v.

ICON HEALTH AND FITNESS, INC.,
1550 South 100 West
Logan, UT 84110

      and

SEARS, ROEBUCK AND COMPANY,
3333 Beverly Road
Hoffman Estates, IL 60179

            Defendants.

No. 05-54 Erie

Judge Sean McLaughlin

Filed Electronically

## **DISCOVERY DISPUTE CERTIFICATE PURSUANT TO LOCAL RULES 7.1 AND 37.1**

Undersigned counsel, pursuant to Local Rules of Civil Procedure 7.1 and 37.1 for the
Western District of Pennsylvania, hereby certifies that the foregoing UNCONTESTED
MOTION FOR LEAVE TO CONDUCT INDEPENDENT MEDICAL EXAMINATION OF
PLAINTIFF RYAN C. FORD AND MOTION FOR LEAVE OF COURT TO DEPOSE
PLAINTIFF RYAN C. FORD'S LIABILITY EXPERT has been consented to by counsel for

Plaintiff Ryan Ford, and has also been consented to by counsel for Plaintiffs Robert and Mae Ford.

## NOTICE

Notice is hereby given that the within Motion will be filed with the clerk of court September 29, 2006.

/s/ Henry M. Sneath
Henry M. Sneath
Pa. I.D. #40559
Shannon M. Clougherty
Pa. I.D. #88586
Picadio Sneath Miller & Norton, P.C.
Suite 4710 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
(412) 288-4000

Date: _September 29, 2006_____