## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within uncontested motion and brief were electronically filed and available for viewing and downloading from the ECF system which will send notification of such filing to the following and was caused to be served on the attorneys of record at the following addresses as indicated:

|  |  |
|---|---|
| _____ | Hand Delivery |
| _____ | First Class Mail, Postage Prepaid |
| _____ | Certified Mail, Return Receipt Requested |
| _____ | Fax and/or Email Transmission |
|  | Overnight Mail |
| __X__ | Electronic Service |

at the following addresses and/or numbers:

Christina S. Nacopoulos
Attorney At Law
349 West 6th Street - Suite 1
Erie, PA 16507
Christina@attorneychristina.com

Michael J. Koehler, Esquire
NICHOLAS, PEROT, SMITH, KOEHLER & WALL
2527 West 26th Street
Erie, PA 16506
attymjk@adelphia.net

PICADIO SNEATH MILLER & NORTON, P.C.

By:   */s/ Henry M. Sneath*
HENRY M. SNEATH, ESQUIRE
SHANNON M. CLOUGHERTY, ESQUIRE
Attorney for Defendants

Date:   September 29, 2006

9