IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN C. FORD, et al., | ) | |
|     Plaintiffs, | ) | |
| | ) | |
|     Vs. | ) | Civil Action No. 05-54 Erie |
| | ) | |
| SEARS ROEBUCK AND CO., et al., | ) | |
|     Defendants | ) | |

## **O R D E R**

AND NOW, to with, this 7th day of November, 2006, the Court having been advised that the parties have reached an agreement upon a settlement in the above-captioned matter, IT IS HEREBY ORDERED that this case is marked administratively closed. The parties should file a Rule 41 Stipulation for dismissal with a one-page proposed order granting the stipulation. It appears no further action is required by the Court at this time.

                                                                             S/Sean J. McLaughlin
                                                                             Sean J. McLaughlin
                                                                             United States District Judge

cc: all parties of record. nk