IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RYAN C. FORD, a Minor, by and through his
Guardian, GARY GOODEMOTE,
8723 West Ridge Road
Girard Township, PA 16417                                  No. 05-54 Erie

    and

ROBERT FORD and MAE FORD,
Individually,
8723 West Ridge Road
Girard Township, PA 16417

        Plaintiffs,

  v.

ICON HEALTH AND FITNESS, INC.,
1550 South 100 West
Logan, UT 84110

    and

SEARS, ROEBUCK AND COMPANY,
3333 Beverly Road
Hoffman Estates, IL 60179

        Defendants.

## RULE 41 STIPULATION OF DISMISSAL

Plaintiffs, Ryan C. Ford, a Minor, by and through his Guardian, Gary Goodmote, and Robert and Mae Ford, through their respective counsel, Michael J. Koehler for Ryan C. Ford and Gary Goodemote, and Christina S. Nacopoulos for Robert and Mae Ford, and Defendants, Icon Health & Fitness, Inc., and Sears, Roebuck and Company, by and through their counsel, Picadio Sneath Miller & Norton, P.C., and Henry M. Sneath and Shannon M. Clougherty, hereby state that the above-referenced matter has settled.

Accordingly, by the authority of Federal Rule of Civil Procedure 41, and pursuant to the Order of Court issued in this matter on November 7, 2006, the parties file this Rule 41 Stipulation of Dismissal, and ask this Honorable Court to enter the attached proposed Order of Court granting this Stipulation, and requesting the Clerk of Courts to mark this case dismissed with prejudice.

Respectfully submitted:

PICADIO SNEATH MILLER & NORTON

/s/ *Henry M. Sneath*
Henry M. Sneath, Esquire
Pa. I.D. No. 40559
Shannon M. Clougherty
Pa. I.D. No. 88586
4710 USX Tower, 600 Grant Street
Pittsburgh, PA  15219-2702
Phone: (412) 288-4000
Counsel for Defendant
Icon Health & Fitness, Inc.

Stipulated and agreed to by:

/s/ *Christina S. Nacopoulos*
Christina S. Nacopoulos
Attorney At Law
349 West 6th Street - Suite 1
Erie, PA  16507
Christina@attorneychristina.com
Counsel for Plaintiffs Robert and Mae Ford

/s/ *Michael J. Koehler*
Michael J. Koehler, Esquire
NICHOLAS, PEROT, SMITH, KOEHLER & WALL
2527 West 26th Street
Erie, PA  16506
attymjk@adelphia.net
Counsel for Plaintiff Ryan Ford

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Rule 41 Stipulation of Dismissal has been served upon all parties either individually or through counsel by:

| | |
|---|---|
| _____ | Hand-Delivery |
| _____ | Facsimile |
| _____ | First Class, US Mail, Postage Prepaid |
| _____ | Certified Mail-Return Receipt Requested |
| \_\_\_\_X\_\_\_\_ | CM/ECF Notice of Filing |

at the following addresses:

Michael J. Koehler, Esquire
Nicholas, Perot, Smith, Koehler & Wall
2527 West 26th Street
Erie, PA 16506
(Co-Counsel for Plaintiff)

Christina S. Nacopoulos, Esquire
349 West 6th Street - Suite 1
Erie, PA 16507
(Co-Counsel for Plaintiff)

/s/ *Henry M. Sneath*
Henry M. Sneath, Esquire
Shannon M. Clougherty, Esquire
Counsel for Defendants

Date: February 28, 2007