UNITED STATES DISCTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN C. FORD, a minor, by and through his Guardian, GARY GOODMOTE, et. al., | |
| Plaintiffs, | Civil Action No.: 05-54 Erie |
| v. | Judge Sean J. McLaughlin |
| ICON HEALTH & FITNESS, INC., et. al., | |
| Defendants. | |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2007, the parties having filed a Rule 41 Stipulation of Dismissal, it is hereby ORDERED, ADJUDGED and DECREED that said Stipulation is GRANTED. The Clerk of Courts shall mark this case dismissed, with prejudice.

BY THE COURT:

_____ J.